## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

In re:  Donald Arthur Brown Jr
      Stephanie Ann Wilkins

               Debtors

Case No.:  07-40046-drd-13

In Proceedings Under
Chapter 13

## APPLICATION TO DEPOSIT FUNDS INTO THE COURT REGISTRY ON BEHALF OF CREDITOR

COMES NOW Richard V. Fink, Chapter 13 Trustee, and applies to the Court for an Order to deposit funds as identified below in the total amount of $62.62 into the Court Registry, as provided by 11 U.S.C. Section 347.

Dated:  January 14, 2010

/s/  Richard V. Fink, Trustee

Richard V. Fink, Trustee
818 Grand Blvd., Suite 800
Kansas City, MO 64106-1901
(816) 842-1031

Ann Thompson, Court Executive
Us District Court
400 E 9Th St Rm 2710
Kansas City, MO  64106

Check No.:  26576

Creditor No.:  259181

| Case No. | Name | Amount of Payment |
|---|---|---|
| 07-40046-drd-13 | Speer & Tebbe Enterprises Inc<br>S&T Enterprises Inc<br>2134 N Hwy 7<br>Blue Springs, MO  64014 | $62.62 |
| Account:  5426 MARION | | Trustee Record No.:  5 |

## NOTICE OF MOTION

**Any response to the motion must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.**  Documents can be filed electronically at http://ecf.mowb.uscourts.gov.  A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing.  If debtor's counsel is not registered for electronic filing, you must serve the response by mail.  If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing.  If a hearing is to be held, notice of such hearing will be sent to all parties in interest.  **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), the Court may enter an Order to pay the funds into the Court's registry.**  For information about electronic filing, go to http://www.mow.uscourts.gov.  If you have any questions about this document, contact your attorney.

## NOTICE OF SERVICE

Appropriate parties will be served by the Chapter 13 Trustee's office either electronically or by mail.

/s/ Richard V. Fink, Trustee

JQ      /Motion - Deposit Funds into Court Registry - Creditor